UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANIS EDDINGTON and
ALL OCCUPANTS,

    Plaintiffs,

Case No. 11-CV-15247-DT

v.

HONORABLE DENISE PAGE HOOD

FANNIE MAE, MERS, TROTT & TROTT,
and CHASE,

    Defendants.
_____/

## JUDGMENT

    This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

    Judgment is entered in favor of Defendants and against Plaintiffs.

                                     DAVID J. WEAVER
                                     CLERK OF COURT

Approved:                                   By: s/ LaShawn R. Saulsberry
                                              Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: February 29, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon Lanis Eddington, 28645 Castlegate Drive, Southfield, MI 48034, All Occupants, 28645 Castlegate Drive, Southfield, MI 48034 and counsel of record on February 29, 2012, by electronic and/or ordinary mail.

                                     S/LaShawn R. Saulsberry
                                     Case Manager